# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2013 SEP 23 P 3:39  10/18/13

Return to: United States District Court
333 Las Vegas Blvd. South, Room 1334
Las Vegas, Nevada 89101
ATTN: Jeff Miller

Reference: U.S.A. vs. Antonio Rus
2:13-mj-0231-PAL
Sentencing date 9/18/13

I, Simona Rus, legal owner of the $ 300 cash bond posted in the above referenced matter and now on deposit with the Clerk's Office.

X   hereby authorize said bond money to be applied to the fine imposed by the Court.
       OR
___ hereby request that said bond money be returned to me at the address below.

IMPORTANT: THIS FORM MUST BE FILLED OUT COMPLETELY, NOTARIZED AND RETURNED TO THE COURT OR THE BOND MONEY POSTED WILL NOT BE RELEASED OR APPLIED TOWARD THE FINE.

Signature of Legal Owner

7077 FORT UNION CT
Legal Owner's Mailing Address

LAS VEGAS NV. 89179
City, State and Zip Code

Dated: 09-20-2013

STATE OF NEVADA, COUNTY OF CLARK

SUBSCRIBED AND SWORN to before me on this 20 day of SEP, 2013

Notary Public / Deputy Clerk

[Notary seal: EDDIE LARUE, Notary Public State of Nevada, No. 93-1085-1, My Appt. Exp. March 15, 2017]

## DO NOT WRITE BELOW THIS LINE - FOR COURT USE ONLY

IT IS THE ORDER OF THE COURT that the cash bond posted 2/20/13, receipt # 17218 in this matter is discharged and surety released. Pay proceeds of cash bond to:

Central Violations Bureau          $_____
Legal Owner                        $_____
United States District Court       $ 300.00

DATED: 9/26/13

United States Magistrate Judge

I hereby attest and certify on 10/04/13 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

U. S. Magistrate Judge, District of Nevada

By _____ Deputy Clerk

To Finance: 10/04/13

BailReleaseFormRevApr2007.wpd